UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>EDUARDO HERRERA-GONZALEZ and ARTURO RAMIREZ-SANTOS,<br><br>　　　　　　Defendants. | CASE NO. 2:12-cr-00047-LK<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive defendants EDUARDO HERRERA-GONZALEZ and ARTURO RAMIREZ-SANTOS. Dkt. No. 1160.

The Court ORDERS that all pending counts in the above-captioned case against the above-captioned Defendants are dismissed without prejudice. The outstanding warrants shall be quashed.

Dated this 28th day of October, 2022.

_Lauren King_
Lauren King
United States District Judge

- 1